IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIKA ALFARO

      Plaintiff,                      No. CIV-S-10-1404-WBS-KJN-PS

    vs.

MARTHA GILBERT,                <u>ORDER</u>

      Defendant.
_____/

      On June 11, 2010, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

      Accordingly, the court presumes that any findings of fact are correct. <u>See</u> <u>Orand v. United States</u>, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. <u>See</u> <u>Britt v. Simi Valley Unified School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983).

      The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.

      Accordingly, IT IS ORDERED that:

////

1. The Proposed Findings and Recommendations filed June 11, 2010, are ADOPTED;

2. Plaintiff's application to proceed in forma pauperis is denied; and

3. Plaintiff is provided with 21 days from the date of this order to pay the initial filing fee of $350.00.

DATED: July 20, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

alfa1404.ifp.jo