IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIKA ALFARO,

      Plaintiff,                            No. 2:10-cv-01404 WBS KJN PS

      v.

MARTHA GILBERT,

      Defendant.                    <u>FINDINGS AND RECOMMENDATIONS</u>

_____/

        On June 8, 2010, plaintiff, who is proceeding without counsel, filed her complaint and an application to proceed informa pauperis. (Dkt. Nos. 1, 2.) On June 11, 2010, the undersigned entered proposed findings and recommendations recommending the denial of plaintiff's application to proceed in forma pauperis. (Dkt. No. 3.) On July 21, 2010, United States District Judge William B. Shubb adopted those proposed findings and recommendations. (Dkt. No. 4.) Judge Shubb denied plaintiff's application to proceed in forma pauperis and provided plaintiff with 21 days from the date of that order to pay the initial filing fee of $350.00.

        The court's docket reveals that plaintiff has not filed paid the filing fee as required by the court. Accordingly, IT IS HEREBY RECOMMENDED that plaintiff's case be dismissed without prejudice.

        These findings and recommendations are submitted to the United States District

1

1  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen
2  days after being served with these findings and recommendations, any party may file written
3  objections with the court and serve a copy on all parties.  <u>Id.</u>; <u>see</u> <u>also</u> E. Dist. Local Rule 304(b).
4  Such a document should be captioned "Objections to Magistrate Judge's Findings and
5  Recommendations."  Any response to the objections shall be filed with the court and served on
6  all parties within fourteen days after service of the objections.  E. Dist. Local Rule 304(d).
7  Failure to file objections within the specified time may waive the right to appeal the District
8  Court's order.  <u>Turner v. Duncan</u>, 158 F.3d 449, 455 (9th Cir. 1998); <u>Martinez v. Ylst</u>, 951 F.2d
9  1153, 1156-57 (9th Cir. 1991).

    IT IS SO RECOMMENDED.

DATED:  January 5, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE